FORM 9 (Rev. 11/93)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

FILED 2010 JUL -6 PM 4:05
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In the matter of:
DULL, NED EUGENE
DULL, GLORIA ANN

Case No. 08-34408

08-34408-W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.38 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 18 | 2.38 |